

**IN THE**
**TENTH COURT OF APPEALS**

**No. 10-19-00430-CR**
**No. 10-19-00431-CR**

**EX PARTE ANDREAS JENSEN**

**From the 272nd District Court**
**Brazos County, Texas**
**Trial Court Nos. 11-00928-CRF-272;**
**11-00843-CRM-272**

**MEMORANDUM OPINION**

The State attempts to appeal the trial court's decision to grant Andreas Jensen's petition for writ of habeas corpus in these proceedings. Because the "order" complained of is an unsigned docket entry, there is no final order to be appealed. *See State v. Rosenbaum*, 818 S.W.2d 398, 403 (Tex. Crim. App. 1991) ("the appellate timetable for the State under Art. 44.01(d) begins running from the date the trial judge signs his or her order…."); *see also Stark v. Miller*, 63 Tex. 164 (1885) (entries made by a trial judge on his docket form no part of the record).

Accordingly, these appeals are dismissed for want of jurisdiction without prejudice to the State filing new notices of appeal when a written order is signed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Neill
Appeals dismissed
Opinion delivered and filed December 11, 2019
Do not publish
[OT06]

